UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO EX REL.,
GARY KING, ATTORNEY GENERAL,

    Plaintiff,

vs.                         No. 1:13-cv-00503-KG-GBW

DISCOVER FINANCIAL SERVICES, INC.
DISCOVER BANK
DFS SERVICES, L.L.C.
ASSURANT, INC. and
AMERICAN BANKERS MANAGEMENT CORPORATION, INC.

    Defendants.

## AGREED ORDER OF DISMISSAL

Having settled all issues in the above-referenced action, Plaintiff and Defendants have agreed, pursuant to the Stipulation and Agreement of Settlement dated February 6, 2014 (the "Stipulation"), to entry of this Agreed Order of Dismissal. The Court hereby states and orders as follows:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties. Venue is proper in this District.

2. Without affecting the finality of this order, this Court shall retain jurisdiction to enforce this Agreed Order of Dismissal and the Stipulation.

3. This action is hereby dismissed with prejudice pursuant to the Stipulation.

IT IS SO ORDERED this 11th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

Agreed to by:

_____                    \_\_\_\_\_/S/ Jason Yoo_____

| | |
|---|---|
| By: Turner W. Branch | Michael R. Comeau |
| Scott Fuqua, Esquire, NM Bar No. 2769 | Marshall G. Martin |
| Assistant Attorney General | Comeau, Maldegen, Templeman |
| Office of New Mexico Attorney | & Indall, LLP |
| General Gary King | 141 East Palace Ave. |
| 408 Galisteo Street | Santa Fe, NM 87501 |
| Santa Fe, NM 87501 | (505) 982-4611 |
| (505) 827-6000 (Phone) | |
| (505) 827-6036 (Fax) | Jason S. Yoo |
| | Julia B. Strickland |
| Allen Carney, Esquire, AR Bar No. 94122 | David W. Moon |
| Randall K. Pulliam, Esquire, AR Bar No. 98105 | Stroock & Stroock & Lavan, LLP |
| Carney Bates & Pulliam, PLLC | 2029 Century Park East |
| 11311 Arcade Drive, Suite 200 | Los Angeles, CA 90067 |
| Little Rock, AR  72212 | (310) 556-5800 |
| (501) 312-8500 (Phone) | |
| (501) 312-8505 (Fax) | *Attorneys for Defendants* |

Turner W. Branch, Esquire, NM Bar No. 295
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
(505) 243-3500 (Phone)
(505) 243-3534 (Fax)

Richard Golomb
Ken Grunfeld
Golomb & Honik, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102

*Attorneys for Plaintiff*